United States District Court
Southern District of Texas
**ENTERED**
January 25, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALEX LEO LOPEZ, ON BEHALF OF HIMSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-3077 |
| INTEC COMMUNICATIONS, LLC, | § § § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Alex Lopez, filed a motion to consolidate this case with a previously filed case in Galveston, *Silva v. Intec Communications, LLC*, Civ. A. No. 3:17-cv-00173. (Docket Entry No. 10). The defendant does not oppose consolidation. The motion is granted and the two cases are consolidated. The cases will proceed in this court.

SIGNED on January 23, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge